**Christina Hoffman, appellee, v. Estate of Frank Abrogast, deceased, appellant. Gen. No. 6,753.**

Appeal on a claim in county court for board, food, labor and services. Judgment for claimant. Appeal from the Circuit Court of Lee county; the Hon. Richard S. Farrand, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 9, 1920.

H. A. Brooks and Lebbeus Woods, for appellant. Harry Edwards and Henry C. Warner, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

**Sherman W. Shafer and Ray C. Ferguson, appellees, v. William Gradert and John F. Tomlinson, appellants. Gen. No. 6,756.**

Action to recover difference between market value and contract price of land. Judgment for plaintiffs. Appeal from the Circuit Court of Henry county; the Hon. Emery C. Graves, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 9, 1920.

John T. Cummings and James H. Andrews, for appellants. Harry E. Brown, for appellees.

Mr. Justice Heard delivered the opinion of the court.

---

**Susan Mason, appellee, v. George Mason, appellant. Gen. No. 6,759.**

Bill for separate maintenance. Decree for complainant for $75 per month alimony. Appeal from the Circuit Court of La Salle county; the Hon. Edgar Eldredge, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 9, 1920.

McDougall, Chapman & Bayne and R. C. Donoghue, for appellant. Kelly, Kelly & Kelly, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

**William L. Belden, appellee, v. Wesley Morss, appellant. Gen. No. 6,763.**

Action to recover balance due for rent. Judgment for plaintiff. Appeal from the County Court of Knox county; the Hon. Walter C. Frank, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 9, 1920.

J. E. Maley and R. C. Hunt, for appellant. Marsh & Rice, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

**Elias Michael, administrator of the estate of Frank Michael, deceased, appellant, v. Prairie State Canning Company, appellee. Gen. No. 6,711.**

Action to recover for death of an invitee, caused by a defective electric switch. Judgment for defendant. Appeal from the Circuit Court of Woodford county; the Hon. George W. Patton, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed April 21, 1920.

Barnes, Magoon & Black, for appellant. Frank M. Cox and Albert N. Powell, for appellee; Jack, Irwin & Jack, of counsel.

Mr. Presiding Justice Niehaus delivered the opinion of the court.